**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AF HOLDINGS LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

CASE NO. 1:12-cv-04243

Judge: Hon. Sharon Johnson Coleman

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all causes of action in the Complaint against the unnamed Defendant. Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF Holdings LLC

DATED: January 31, 2013

By:   /s/ Paul Duffy
      Paul Duffy (Bar No. 6210496)
      Prenda Law Inc.
      161 N. Clark Street, Suite 3200
      Chicago, IL 60601
      Phone: 312-880-9160
      Fax: 312-893-5677
      E-mail: paduffy@wefightpiracy.com
      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 31, 2013 all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

/s/ Paul A. Duffy
Paul A. Duffy
